## 2015-1628 & 2015-1629

### UNITED STATES COURT OF APPEALS
### FOR THE FEDERAL CIRCUIT

_____

### DYNAMIC 3D GEOSOLUTIONS LLC,

*Plaintiff-Appellant*,

### ACACIA RESEARCH CORPORATION,
### ACACIA RESEARCH GROUP LLC,

*Nonparties-Appellants*,

**v.**

### SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.),
### SCHLUMBERGER HOLDINGS CORPORATION,
### SCHLUMBERGER TECHNOLOGY CORPORATION,

*Defendants-Appellees*.

_____

Appeals from the United States District Court for the Western District of Texas
in No. 1:14-cv-00112-LY, Judge Lee Yeakel.

_____

### APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE THEIR RESPONSE BRIEF

_____

Appellees respectfully request a 30-day extension of time in which to file

their response brief. *See* Fed. R. App. P. 26(b); Fed. Cir. R. 26(b). Appellees'

response brief is currently due on October 2, 2015, and, with the requested

extension, would be due on November 2, 2015. This motion is timely filed more

than seven days in advance. Fed. Cir. R. 26(b)(1). Appellees have not previously

requested or received an extension of time to file their response brief. Appellants received a 45-day extension to file their opening briefs without objection from Appellees.

Good cause exists for the requested extension, as set forth in the attached declaration, to allow time for Appellees to respond to the issues addressed in Appellants' separate briefs. Counsel for Appellees has a number of briefs, hearings, trials, and other professional obligations in the coming weeks. Therefore, Appellees respectfully request that the Court grant this motion to extend the time to file their response brief to November 2, 2015. Counsel for Appellants have been consulted. All parties consent to this motion and none intends to file a response.

Dated:  August 26, 2015

Ann Marie Wahls
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
(312) 876-7700

Respectfully submitted,

 /s/ Maximilian A. Grant
Maximilian A. Grant
Gabriel K. Bell
Thomas J. Humphrey
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Terrence J. Connolly
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200

*Counsel for Defendants-Appellees*

2

# CERTIFICATE OF INTEREST

Counsel for Appellees certifies the following:

1. The full name of every party or amicus curiae represented by me is:

   Schlumberger Limited (Schlumberger N.V.), Schlumberger Holdings Corporation, and Schlumberger Technology Corporation.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   Schlumberger Technology Corporation is wholly-owned by Schlumberger Holdings Corporation.

   Schlumberger Holdings Corporation is an indirectly, wholly-owned subsidiary of Schlumberger Limited (Schlumberger N.V.), a publicly traded company.

4. The names of all law firms and the partners or associates that appeared for the party or amicus curiae now represented by me in the trial court or agency or are expected to appear in this court are:

   **Latham & Watkins LLP:** Maximilian A. Grant, Terrence J. Connolly, Ann Marie Wahls, Gabriel K. Bell, Elizabeth M. Roesel (no longer with firm), Eugene Chiu, and Thomas J. Humphrey.

   **Scott, Douglass & McConnico, LLP**: Paige Arnette Amstutz, Stephen E. McConnico, and Steven J. Wingard.

Dated:  August 26, 2015

Respectfully submitted,

*/s/* Maximilian A. Grant
Maximilian A. Grant
LATHAM & WATKINS LLP
555 11th Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

*Counsel for Appellees*

**2015-1628 & 2015-1629**

═══════════════════════════════════════════

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
───────────────────────────────

### DYNAMIC 3D GEOSOLUTIONS LLC,

*Plaintiff-Appellant*,

### ACACIA RESEARCH CORPORATION,
### ACACIA RESEARCH GROUP LLC,

*Nonparties-Appellants*,

**v.**

### SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.),
### SCHLUMBERGER HOLDINGS CORPORATION,
### SCHLUMBERGER TECHNOLOGY CORPORATION

*Defendants-Appellees*.

───────────────────────────────

Appeals from the United States District Court for the Western District of Texas in No. 1:14-cv-00112-LY, Judge Lee Yeakel.

───────────────────────────────

## DECLARATION OF MAXIMILIAN A. GRANT IN SUPPORT OF APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE BRIEF

───────────────────────────────

I, Maximilian A. Grant, do hereby state and declare as follows:

1.     I am a partner in the law firm Latham & Watkins LLP and lead counsel for Appellees in this appeal.

2.     Appellants filed their principal briefs on August 20, 2015. Appellees' response brief is currently due on October 2, 2015.

3.      Counsel for Appellees has a number of briefs, hearings, trials, and

other professional obligations in the coming weeks.  Accordingly, there is good

cause for the requested extension.

4.      All parties have consented to this request and none intends to file a

response.

Dated:  August 26, 2015                    Respectfully submitted,

                                            /s/ Maximilian A. Grant
                                           Maximilian A. Grant
                                           LATHAM & WATKINS LLP
                                           555 Eleventh Street, NW
                                           Suite 1000
                                           Washington, DC 20004
                                           (202) 637-2200

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2015, I electronically filed the foregoing Appellees' Unopposed Motion for Extension of Time to File Their Response Brief with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.


 /s/ Maximilian A. Grant
Maximilian A. Grant