NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**DYNAMIC 3D GEOSOLUTIONS LLC,**
*Plaintiff-Appellant*

**ACACIA RESEARCH CORPORATION, ACACIA
RESEARCH GROUP LLC,**
*Nonparties-Appellants*

**v.**

**SCHLUMBERGER LIMITED (SCHLUMBERGER
N.V.), SCHLUMBERGER HOLDINGS
CORPORATION, SCHLUMBERGER TECHNOLOGY
CORPORATION,**
*Defendants-Appellees*

———————————

2015-1628, -1629

———————————

Appeals from the United States District Court for the
Western District of Texas in No. 1:14-cv-00112-LY, Judge
Lee Yeakel.

———————————

**ON MOTION**

———————————

**O R D E R**

Dynamic 3D Geosolutions LLC moves unopposed for
leave to file its opening brief out-of-time. Appellees move

2    DYNAMIC 3D GEOSOLUTIONS LLC v. SCHLUMBERGER LIMITED

with consent for a 30-day extension of time, to November 2, 2015, to file their response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Dynamic 3D Geosolutions LLC's brief is accepted for filing. Appellees' response brief is due no later than November 2, 2015.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s31