2015-1628, -1629

# United States Court of Appeals for the Federal Circuit

DYNAMIC 3D GEOSOLUTIONS LLC,
Plaintiff-Appellant,

ACACIA RESEARCH CORPORATION, ACACIA RESEARCH GROUP LLC,
Nonparties-Appellants,

v.

SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.), SCHLUMBERGER HOLDINGS CORPORATION, SCHLUMBERGER TECHNOLOGY CORPORATION,
Defendants-Appellees.

*Appeal from the United States District Court for the Western District of Texas in case no. 1:14-cv-00112-LY, Judge Lee Yeakel*

## UNOPPOSED JOINT MOTION TO POSTPONE ORAL ARGUMENT

Appellants Acacia Research Corporation ("ARC"), Acacia Research Group, LLC ("ARG," and collectively with ARC, "Acacia"), and Dynamic 3D Geosolutions, LLC ("Dynamic 3D," collectively with Acacia, "Appellants") respectfully move this Court, under Federal Circuit Rule 27 and Federal Rule of Appellate Procedure 34(b), for postponement of oral argument, which is currently scheduled for 10:00 a.m. on July 5, 2016.

Appellees Schlumberger Limited, *et al.* ("Schlumberger") have confirmed that they do not object to postponement of oral argument and will not file a response to this motion. (Declaration of Marc J. Schneider ("Schneider Decl.") ¶ 4.) There are compelling reasons for postponing oral argument, as set forth in the declarations of Appellants' counsel.

Michael Collins, counsel of record for Dynamic 3D, resides in Houston, Texas. (Declaration of Michael Collins ("Collins Decl.") ¶ 2.) His father will turn 92 on July 5, 2016 and a family birthday celebration is scheduled for the afternoon of July 4, 2016 in Houston. (*Id.*) If oral argument is not postponed, Mr. Collins will be required to travel to Washington, D.C. on July 4 and miss his father's birthday. (*Id.*)

Marc J. Schneider, counsel of record for Acacia, resides in Orange County, California. (Schneider Decl. ¶ 3.) Mr. Schneider is lead counsel in an unrelated case with a lengthy jury trial scheduled to begin in Orange County on July 18, 2016. (*Id.*) At least six depositions still need to be taken in that case before trial. (*Id.*) Mr. Schneider expects to personally devote at least 275 hours to trial preparation and trial in the month of July. (*Id.*) Mr. Schneider will not be able to complete preparation for oral argument in this appeal, and travel to and from Washington, D.C. during the week of July 4, without unduly prejudicing trial preparation in the case pending in Orange County. (*Id.*)

For these reasons, Appellants respectfully request postponement of oral argument. Appellants are conferring with Schlumberger about alternate dates and will update the Court regarding availability for oral argument in a separate submission later this week.

Dated:  June 15, 2016        Respectfully submitted,

STRADLING YOCCA CARLSON & RAUTH, P.C.

By:   */s/ Marc J. Schneider*
        Marc J. Schneider

*Attorney for Nonparties-Appellants*
ACACIA RESEARCH CORPORATION and
ACACIA RESEARCH GROUP, LLC

Dated:  June 15, 2016        COLLINS, EDMONDS & POGORZELSKI, PLLC

By:   */s/ Michael Collins*
        Michael Collins

*Attorney for Plaintiff-Appellant*
DYNAMIC 3D GEOSOLUTIONS LLC

# CERTIFICATE OF INTEREST

Counsel for Appellants certifies the following:

1. We represent Acacia Research Corporation and Acacia Research Group, LLC.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented: Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented: Acacia Research Corporation is a publicly held company and the sole member of Acacia Research Group, LLC. Acacia Research Corporation has no parent corporation. According to Acacia Research Corporation's Proxy Statement filed with the United States Securities and Exchange Commission in April 2015, FMR LLC and DePrince, Race & Zollo, Inc. are each beneficial owners of more than 10% of Acacia Research Corporation's outstanding common stock.

4. The names of all law firms and the partners or associates that appeared for party or amicus curiae now represented in trial court or agency or are expected to appear in this court are:

STRADLING YOCCA CARLSON & RAUTH, P.C.:

Marc J. Schneider
Travis P. Brennan

TAYLOR DUNHAM & RODRIGUEZ LLP

Cabrach J. Connor
Miguel S. Rodriguez

Dated:  June 15, 2016                    Respectfully submitted,

                                                STRADLING YOCCA CARLSON
                                                  & RAUTH, P.C.

                                                By:     */s/ Marc J. Schneider*
                                                          Marc J. Schneider

                                         *Attorney for Appellants* ACACIA RESEARCH CORPORATION *and* ACACIA RESEARCH GROUP, LLC

# CERTIFICATE OF INTEREST

Pursuant to Federal Rule of Appellate Procedure 26.1 and Federal Circuit Rule 47.4, the undersigned counsel for Plaintiff-Appellant hereby certifies that:

1.  The full names of every party or amicus represented by me is:

    Dynamic 3D Geosolutions LLC

2.  The names of the real parties in interest (if the party named in the caption is not the real party in interest) represented by me is:

    None.

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Acacia Research Group LLC is the ultimate parent of Plaintiff-Appellant.

4.  The names of all law firms and the partners or associates that appeared for any of the parties represented by me in the District Court or are expected to appear in this court are:

<u>Current Counsel:</u>

>   COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC:
>   John J. Edmonds
>   Michael J. Collins
>   Henry Pogorzelski
>   Shea Palavan

<u>Former Counsel:</u>

>   NELSON BUMGARDNER P.C.:
>       Matthew C. Juren

FOMBY & ZARGHOUNI LLC:
Matthew Zarghouni

Dated: June 15, 2016 /s/ *Michael J. Collins*
Michael J. Collins

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, I electronically filed the foregoing **UNOPPOSED JOINT MOTION TO POSTPONE ORAL ARGUMENT** with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Marc J. Schneider*
Marc J. Schneider

LITIOC/2139726v2/101022-0109

2015-1628, -1629

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DYNAMIC 3D GEOSOLUTIONS LLC,
Plaintiff-Appellant,

ACACIA RESEARCH CORPORATION, ACACIA RESEARCH GROUP LLC,
Nonparties-Appellants,

v.

SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.), SCHLUMBERGER HOLDINGS CORPORATION, SCHLUMBERGER TECHNOLOGY CORPORATION,
Defendants-Appellees.

*Appeal from the United States District Court for the Western District of Texas in case no. 1:14-cv-00112-LY, Judge Lee Yeakel*

## DECLARATION OF MARC J. SCHNEIDER IN SUPPORT OF UNOPPOSED JOINT MOTION TO POSTPONE ORAL ARGUMENT

I, Marc J. Schneider, declare as follows:

1. I am a member of the State Bar of California and of the bar of this Court. I am lead attorney of record for Appellants Acacia Research Corporation ("ARC") and Acacia Research Group, LLC ("ARG," and together with ARC, "Acacia") in the above-entitled action. I make this declaration in support of Acacia and Dynamic 3D Geosolutions LLC's Unopposed Joint Motion To

Postpone Oral Argument (the "Motion"). I make this declaration of my personal knowledge.

2. On May 20, 2016, the Court gave notice of calendaring of oral argument for 10:00 a.m. on July 5, 2016.

3. I reside in Orange County, California. I am lead counsel in an unrelated case with a lengthy jury trial scheduled to begin in Orange County on July 18, 2016. At least six depositions still need to be taken in that case before trial. I expect to personally devote at least 275 hours to trial preparation and trial in the month of July. For these reasons, I will not be able to complete preparation for oral argument in this appeal, and travel to and from Washington, D.C. during the week of July 4, without unduly prejudicing trial preparation in the case pending in Orange County.

4. My office, and counsel for Dynamic 3D, conferred with Defendants-Appellees Schlumberger Limited, Schlumberger Holdings Corp. and Schlumberger Technology Corp. (collectively, "Schlumberger") about this Motion. Schlumberger's counsel stated that Schlumberger does not oppose postponement of oral argument and does not intend to file a response to Appellants' Motion.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct.

Dated: June 15, 2016          */s/ Marc J. Schneider*
                                                         Marc J. Schneider

P a g e 4 | 4

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, I electronically filed the foregoing **DECLARATION OF MARC J. SCHNEIDER IN SUPPORT OF UNOPPOSED JOINT MOTION TO POSTPONE ORAL ARGUMENT** with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Marc J. Schneider*
Marc J. Schneider

2015-1628, -1629

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DYNAMIC 3D GEOSOLUTIONS LLC,
Plaintiff-Appellant,

ACACIA RESEARCH CORPORATION, ACACIA RESEARCH GROUP LLC,
Nonparties-Appellants,

v.

SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.), SCHLUMBERGER HOLDINGS CORPORATION, SCHLUMBERGER TECHNOLOGY CORPORATION,
Defendants-Appellees.

*Appeal from the United States District Court for the Western District of Texas in case no. 1:14-cv-00112-LY, Judge Lee Yeakel*

## DECLARATION OF MICHAEL COLLINS IN SUPPORT OF UNOPPOSED JOINT MOTION TO POSTPONE ORAL ARGUMENT

I, Michael Collins, declare as follows:

1. I am a member of the State Bar of Texas and of the bar of this Court. I am attorney of record for Plaintiff-Appellant Dynamic 3D Geosolutions LLC ("Dynamic 3D") in the above-entitled action. I make this declaration in support of Appellants Dynamic 3D, Acacia Research Corporation ("ARC"), and Acacia Research Group, LLC's ("ARG," together with ARC, "Acacia") Unopposed Joint

Motion To Postpone Oral Argument ("Motion"). I make this declaration of my personal knowledge.

2. I reside in Houston, Texas. My father's 92nd birthday is July 5, 2016, and a family celebration is scheduled for the afternoon of July 4 in Houston. If oral argument in this appeal is not postponed, I will be required to travel to Washington, DC on July 4 and miss my father's birthday.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct.

Dated: June 15, 2016

*[signature: Michael Collins]*
Michael Collins

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2016, I electronically filed the foregoing **DECLARATION OF MICHAEL COLLINS IN SUPPORT OF UNOPPOSED JOINT MOTION TO POSTPONE ORAL ARGUMENT** with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Marc J. Schneider*
Marc J. Schneider

LITIOC/2139741v2/101022-0109