Nos. 2015-1628 & -1629

# United States Court of Appeals for the Federal Circuit

DYNAMIC 3D GEOSOLUTIONS LLC,

*Plaintiff-Appellant*,

ACACIA RESEARCH CORPORATION,
ACACIA RESEARCH GROUP LLC,

*Nonparties-Appellants*,

v.

SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.),
SCHLUMBERGER HOLDINGS CORPORATION,
SCHLUMBERGER TECHNOLOGY CORPORATION,

*Defendants-Appellees*.

Appeals from the United States District Court for the Western District of Texas in No. 1:14-cv-00112-LY, Judge Lee Yeakel.

APPELLEES' OPPOSITION TO MOTION TO
POSTPONE ORAL ARGUMENT

Appellees Schlumberger Limited et al. ("Schlumberger") oppose the motion to postpone oral argument (ECF No. 65) because Appellants have informed Schlumberger that they are not available for a rescheduled argument until October 7, 2016. Schlumberger respectfully suggests that postponing the argument until that date would cause undue delay. Briefing was completed in mid-December

2015 and the oral argument has been postponed several times by the conflict dates that the parties timely submitted as they became known. *See* ECF Nos. 57 (Dec. 16, 2015), 59 (Jan. 4, 2016), 62 (Jan. 27, 2016), 63 (Mar. 14, 2016).

The parties were made aware of the July 5, 2016 oral argument date on May 20, 2016 (when the Court calendared the argument). Appellants' motion does not indicate that they only recently learned about the conflicts cited in their motion (preparation for a scheduled trial and a long-standing family celebration). With just three weeks to go before the scheduled oral argument date, Schlumberger has already begun preparations and would be prejudiced by further delay.

Finally, Appellants state that Schlumberger "confirmed that they do not object to postponement of oral argument and will not file a response to this motion." ECF No. 65 at 2. That is not correct. Although the parties were conferring about the motion, Schlumberger's counsel did not consent and did not indicate that Schlumberger would not respond.

Because Appellants have represented that they are not available until October 7, 2016, Schlumberger respectfully requests that their motion to reschedule oral argument be denied.

<div style="display: flex; justify-content: space-between;">

<div>

June 16, 2016

Terrence J. Connolly
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
(212) 906-1200

Ann Marie Wahls
LATHAM & WATKINS LLP
330 North Wabash Ave., Suite 2800
Chicago, IL 60611
(312) 876-7700

</div>

<div>

Respectfully submitted,

*/s/ Maximilian A. Grant*

Maximilian A. Grant
Gabriel K. Bell
Thomas J. Humphrey
LATHAM & WATKINS LLP
555 Eleventh St., NW, Suite 1000
Washington, DC 20004
(202) 637-2200

*Counsel for Appellees*

</div>

</div>

# CERTIFICATE OF INTEREST

Counsel for Appellees certifies the following:

1. The full name of every party or amicus curiae represented by me is:

    Schlumberger Limited (Schlumberger N.V.), Schlumberger Holdings Corporation, and Schlumberger Technology Corporation.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Schlumberger Technology Corporation is wholly-owned by Schlumberger Holdings Corporation.

    Schlumberger Holdings Corporation is an indirectly, wholly-owned subsidiary of Schlumberger Limited (Schlumberger N.V.), a publicly traded company.

4. The names of all law firms and the partners or associates that appeared for the party or amicus curiae now represented by me in the trial court or agency or are expected to appear in this court are:

    **Latham & Watkins LLP:** Maximilian A. Grant, Terrence J. Connolly, Ann Marie Wahls, Gabriel K. Bell, Elizabeth M. Roesel (no longer with firm), Eugene Chiu, and Thomas J. Humphrey.

    **Scott, Douglass & McConnico, LLP:** Paige Arnette Amstutz, Stephen E. McConnico, and Steven J. Wingard.

June 16, 2016                              */s/* Maximilian A. Grant
                                           Maximilian A. Grant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2016, I caused the foregoing to be filed with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Maximilian A. Grant*
Maximilian A. Grant