2015-1628, -1629

### UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DYNAMIC 3D GEOSOLUTIONS LLC,
Plaintiff-Appellant,

ACACIA RESEARCH CORPORATION, ACACIA RESEARCH GROUP LLC,
Nonparties-Appellants,

v.

SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.), SCHLUMBERGER HOLDINGS CORPORATION, SCHLUMBERGER TECHNOLOGY CORPORATION,
Defendants-Appellees.

*Appeal from the United States District Court for the Western District of Texas in case no. 1:14-cv-00112-LY, Judge Lee Yeakel*

### APPELLANTS' REPLY IN SUPPORT OF JOINT MOTION TO POSTPONE ORAL ARGUMENT

Appellants Acacia Research Corporation ("ARC"), Acacia Research Group, LLC ("ARG," and collectively with ARC, "Acacia"), and Dynamic 3D Geosolutions, LLC ("Dynamic 3D," collectively with Acacia, "Appellants") submit this Reply in support of their motion to postpone oral argument ("Motion"). Appellants filed their Motion with the understanding that Appellees did not oppose postponement of oral argument. Now that Appellees have opposed, Appellants

submit this Reply to inform the Court of additional availability for oral argument if the Motion is granted, and to address certain points raised in Appellees' opposition ("Opposition").

Appellees oppose the Motion because Appellants "are not available for a rescheduled argument until October 7, 2016" which would "cause undue delay." (Opp. at 1.) This statement is apparently based on Appellants' email communication to Appellees that Appellants could be available for re-scheduled oral argument on October 7-12, November 1-4, or December 5-13. (Reply Declaration of Marc J. Schneider attached hereto ("Schneider Reply Decl.") ¶ 2, Ex. 1.) Appellees did not communicate any objection to these dates before Appellants filed their Motion, which they filed in conjunction with their response to the Court's Oral Argument Order on the date it was due. Upon becoming aware through the Opposition of Appellees' concern with delay, Appellants communicated on June 16 that they could also be available for oral argument on August 1-5 or September 7-9; however, this may require another senior lawyer from the Stradling firm to argue for Acacia if its lead counsel remains unavailable on those dates, which may prejudice Acacia. (*Id.*) As of the filing of this Reply, Appellees have not stated whether they would agree to hold oral argument during one of those weeks. Appellants will notify the Court as soon as possible if mutually agreeable dates for postponed oral argument are identified.

Appellees' contend in their Opposition they "did not consent" to postponement. (Opp. at 2.) That is not how Appellants understood Appellees' communications, as described in Mr. Schneider's Reply Declaration and the exhibit attached hereto. On June 13, 2016, Appellants gave Appellees notice of their intent to move for postponement of oral argument <u>on June 15</u>, and asked Appellees to let them know "whether Schlumberger would oppose." (Schneider Decl. ¶ 2, Ex. 1.) Appellees responded promptly, expressing a reluctance to postpone but asking the basis for the request. Acacia replied first, explaining the conflict with trial preparation in a California case. (*Id*.) Then Dynamic 3D responded, explaining the family event scheduled for July 4 in Texas. (*Id*.) Max Grant, lead counsel for Appellees, responded: "*Ok. Totally understand the birthday. What dates do you propose[?]*" (*Id*. (emphasis added).)

On June 14, Acacia's counsel stated that it would be available on the following dates: "October 1 through 12, November 1 through 4, December 5 through 13." (*Id*.) Early on June 15, counsel for Dynamic 3D communicated that it was available on all of these dates except for October 1-6. (*Id*.) Appellees did not object to these dates, or otherwise protest the postponement of oral argument, before the end of the day on June 15. Accordingly, Appellants understood that the postponement was acceptable to Appellees, and filed the Motion as an unopposed motion. Appellants filed their Motion at approximately 7:20 p.m. ET on June 15,

in conjunction with responding to the Court's Oral Argument Order.

Upon filing the Motion, Acacia's counsel immediately advised Appellees that: "As you will see from the motion to postpone that we filed earlier, we have advised the Court that the parties are conferring about alternate dates for the Court's consideration and will propose dates to the Court later this week." (*Id.*) Mr. Grant replied "We'll file a paper." (*Id.*) Acacia's counsel asked for clarification of what that meant, but Mr. Grant did not respond and never attempted to communicate to explore an agreed-upon continuance before Appellees filed their Opposition. (*Id.*)

Appellees' Opposition asserts that the Motion does not explain that Appellants "only recently learned about the conflicts cited in their motion." (Opp. p. 2.) Because Appellants understood the request for postponement to be unopposed, Acacia did not think it necessary to explain in the Motion that, until very recently, the case referred to in paragraph 3 of Mr. Schneider's original declaration, for which trial is scheduled to begin in July, was expected to be resolved before trial. Only after a hearing on June 13 did Mr. Schneider's expectation change, at which point Appellants promptly contacted Appellees about postponement. (Schneider Reply Decl. ¶ 3.)

Finally, Appellees' contention that oral argument has already been "postponed several times" is incorrect. (Opp. p. 2.) Oral argument was never

scheduled before May 20, 2016, and the parties' previously advising the Court of their unavailability pursuant to the Fed. Cir. Rule 34 Practice Notes cannot reasonably be called "postponements."

Appellants respectfully request postponement of oral argument for the reasons stated herein and in the Motion, and will continue to apprise the Court if the parties reach agreement on a proposed continuance.

Dated:  June 16, 2016          Respectfully submitted,

                                            STRADLING YOCCA CARLSON & RAUTH, P.C.

                                            By:    */s/ Marc J. Schneider*
                                                      Marc J. Schneider

                                            *Attorney for Nonparties-Appellants*
                                            ACACIA RESEARCH CORPORATION and
                                            ACACIA RESEARCH GROUP, LLC

Dated:  June 16, 2016          COLLINS, EDMONDS, SCHLATHER & TOWER, PLLC

                                            By:    */s/ Michael Collins*
                                                      Michael Collins

                                            *Attorney for Plaintiff-Appellant*
                                            DYNAMIC 3D GEOSOLUTIONS LLC

## CERTIFICATE OF INTEREST

Counsel for Appellants certifies the following:

1. We represent Acacia Research Corporation and Acacia Research Group, LLC.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented: Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented: Acacia Research Corporation is a publicly held company and the sole member of Acacia Research Group, LLC. Acacia Research Corporation has no parent corporation. According to Acacia Research Corporation's Proxy Statement filed with the United States Securities and Exchange Commission in April 2015, FMR LLC and DePrince, Race & Zollo, Inc. are each beneficial owners of more than 10% of Acacia Research Corporation's outstanding common stock.

4. The names of all law firms and the partners or associates that appeared for party or amicus curiae now represented in trial court or agency or are expected to appear in this court are:

STRADLING YOCCA CARLSON & RAUTH, P.C.:

Marc J. Schneider
Travis P. Brennan

TAYLOR DUNHAM & RODRIGUEZ LLP

Cabrach J. Connor
Miguel S. Rodriguez

Dated:  June 16, 2016     Respectfully submitted,

STRADLING YOCCA CARLSON
  & RAUTH, P.C.

By:     */s/ Marc J. Schneider*
          Marc J. Schneider

*Attorney for Appellants ACACIA RESEARCH CORPORATION and ACACIA RESEARCH GROUP, LLC*

# CERTIFICATE OF INTEREST

Pursuant to Federal Rule of Appellate Procedure 26.1 and Federal Circuit Rule 47.4, the undersigned counsel for Plaintiff-Appellant hereby certifies that:

1. The full names of every party or amicus represented by me is:

   Dynamic 3D Geosolutions LLC

2. The names of the real parties in interest (if the party named in the caption is not the real party in interest) represented by me is:

   None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   Acacia Research Group LLC is the ultimate parent of Plaintiff-Appellant.

4. The names of all law firms and the partners or associates that appeared for any of the parties represented by me in the District Court or are expected to appear in this court are:

<u>Current Counsel:</u>

    COLLINS, EDMONDS, SCHLATHER & TOWER, PLLC:
    John J. Edmonds
    Michael J. Collins
    Shea Palavan

<u>Former Counsel:</u>

    NELSON BUMGARDNER P.C.:
        Matthew C. Juren

FOMBY & ZARGHOUNI LLC:
Matthew Zarghouni

Henry Pogorzelski


Dated: June 16, 2016                     */s/ Michael J. Collins*
                                                      Michael J. Collins

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, I electronically filed the foregoing **APPELLANTS' REPLY IN SUPPORT OF JOINT MOTION TO POSTPONE ORAL ARGUMENT** with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

*/s/ Marc J. Schneider*
Marc J. Schneider

2015-1628, -1629

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DYNAMIC 3D GEOSOLUTIONS LLC,
Plaintiff-Appellant,

ACACIA RESEARCH CORPORATION, ACACIA RESEARCH GROUP LLC,
Nonparties-Appellants,

v.

SCHLUMBERGER LIMITED (SCHLUMBERGER N.V.), SCHLUMBERGER HOLDINGS CORPORATION, SCHLUMBERGER TECHNOLOGY CORPORATION,
Defendants-Appellees.

*Appeal from the United States District Court for the Western District of Texas in case no. 1:14-cv-00112-LY, Judge Lee Yeakel*

**REPLY DECLARATION OF MARC J. SCHNEIDER IN SUPPORT OF JOINT MOTION TO POSTPONE ORAL ARGUMENT**

I, Marc J. Schneider, declare as follows:

1.     I am a member of the State Bar of California and of the bar of this Court. I am lead attorney of record for Appellants Acacia Research Corporation ("ARC") and Acacia Research Group, LLC ("ARG," and together with ARC, "Acacia") in the above-entitled action. I make this declaration in support of Acacia and Dynamic 3D Geosolutions LLC's Reply in Support of Joint Motion To

Postpone Oral Argument (the "Motion"). I make this declaration of my personal knowledge.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of a June 13-15, 2016 email chain originating from my office and involving counsel for Appellants and Appellees.

3.  Because Appellants understood the request for postponement to be unopposed, Acacia did not think it necessary to explain in the Motion that, until very recently, the case I referred to in paragraph 3 of my original declaration, for which trial is scheduled to begin in July, was expected to be resolved before trial. Only after a hearing on June 13 did my expectation change, at which point Appellants promptly contacted Appellees about postponement.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct.

Dated: June 16, 2016               */s/ Marc J. Schneider*
                                                                  Marc J. Schneider

# EXHIBIT 1

**Brennan, Travis P.**

| | |
|---|---|
| From: | Brennan, Travis P. |
| Sent: | Wednesday, June 15, 2016 5:30 PM |
| To: | 'Max.Grant@lw.com'; mcollins@ip-lit.com; Gabriel.Bell@lw.com; Thomas.Humphrey@lw.com; TERRENCE.CONNOLLY@lw.com; AnnMarie.Wahls@lw.com |
| Cc: | Schneider, Marc J.; jedmonds@ip-lit.com |
| Subject: | RE: Dynamic 3D v. Schlumberger appeal |

Regarding Schlumberger's availability?

Travis P. Brennan

Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600 | Newport Beach, CA 92660
(o) 949.725.4271 | (f) 949.823.5271 | (c) 310.920.3337 tbrennan@sycr.com | http://www.sycr.com
http://www.sycr.com/Travis-P-Brennan/ | http://www.sycr.com/attorneys/vcard.aspx?attorney=27

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.


-----Original Message-----
From: Max.Grant@lw.com [mailto:Max.Grant@lw.com]
Sent: Wednesday, June 15, 2016 5:18 PM
To: Brennan, Travis P.; mcollins@ip-lit.com; Gabriel.Bell@lw.com; Thomas.Humphrey@lw.com; TERRENCE.CONNOLLY@lw.com; AnnMarie.Wahls@lw.com
Cc: Schneider, Marc J.; jedmonds@ip-lit.com
Subject: RE: Dynamic 3D v. Schlumberger appeal

We'll file a paper.

---

From: Brennan, Travis P. <TBrennan@SYCR.com>
Sent: Wednesday, June 15, 2016 4:46:43 PM
To: 'Michael Collins'; Grant, Max (DC); Bell, Gabriel (DC); Humphrey, Thomas (DC); Connolly, Terrence (NY); Wahls, Ann Marie (CH)
Cc: Schneider, Marc J.; John Edmonds
Subject: RE: Dynamic 3D v. Schlumberger appeal

Max,

As you will see from the motion to postpone we filed earlier, we have advised the Court that the parties are conferring about alternate dates for the Court's consideration and will propose dates to the Court later this week. At your earliest convenience, please let us know what dates work for Schlumberger in light of Acacia/Dynamic's availability.

1

Thanks,
Travis

Travis P. Brennan

Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600 | Newport Beach, CA 92660
(o) 949.725.4271 | (f) 949.823.5271 | (c) 310.920.3337 tbrennan@sycr.com | http://www.sycr.com
http://www.sycr.com/Travis-P-Brennan/ | http://www.sycr.com/attorneys/vcard.aspx?attorney=27

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.


-----Original Message-----
From: Michael Collins [mailto:mcollins@ip-lit.com]
Sent: Wednesday, June 15, 2016 7:38 AM
To: Max.Grant@lw.com; Brennan, Travis P.; Gabriel.Bell@lw.com; Thomas.Humphrey@lw.com; TERRENCE.CONNOLLY@lw.com; AnnMarie.Wahls@lw.com
Cc: Schneider, Marc J.; John Edmonds
Subject: RE: Dynamic 3D v. Schlumberger appeal

Max,

The dates proposed by Acacia are acceptable to Dynamic 3D except for October 1-6.

Michael J. Collins

(Please note that my e-mail address has recently changed)

COLLINS EDMONDS
COLLINS EDMONDS
SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125, Houston, TX 77057
431 N. Center St., Longview, TX 75606
281.501.3490 (direct)
832.721.9487 (mobile)
832.415.2535 (fax)
mcollins@ip.lit.com

CONFIDENTIALITY STATEMENT:

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC immediately at (281) 501-3425, and destroy all copies of this message and any attachments. Thank you.

-----Original Message-----
From: Max.Grant@lw.com [mailto:Max.Grant@lw.com]
Sent: Wednesday, June 15, 2016 7:28 AM
To: TBrennan@SYCR.com; Michael Collins <mcollins@ip-lit.com>; Gabriel.Bell@lw.com; Thomas.Humphrey@lw.com; TERRENCE.CONNOLLY@lw.com; AnnMarie.Wahls@lw.com
Cc: MSchneider@SYCR.com; John Edmonds <jedmonds@ip-lit.com>
Subject: RE: Dynamic 3D v. Schlumberger appeal

Travis - When can we expect to get your collective dates so I can confer with my client on those?  Please coordinate re: clearing your dates.  We'll wait for that info.  Thanks.

_____

From: Brennan, Travis P. <TBrennan@SYCR.com>
Sent: Tuesday, June 14, 2016 7:34:38 PM
To: Grant, Max (DC); mcollins@ip-lit.com; Bell, Gabriel (DC); Humphrey, Thomas (DC); Connolly, Terrence (NY); Wahls, Ann Marie (CH)
Cc: Schneider, Marc J.; jedmonds@ip-lit.com
Subject: RE: Dynamic 3D v. Schlumberger appeal

Acacia would propose re-scheduling oral argument for any of the following dates.  Please note I have not yet cleared these dates with Dynamic, so these are also subject to Dynamic's availability:
October 1 through 12
November 1 through 4
December 5 through 13

Travis P. Brennan

Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600 | Newport Beach, CA 92660
(o) 949.725.4271 | (f) 949.823.5271 | (c) 310.920.3337 tbrennan@sycr.com | http://www.sycr.com
http://www.sycr.com/Travis-P-Brennan/ | http://www.sycr.com/attorneys/vcard.aspx?attorney=27

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

-----Original Message-----
From: Brennan, Travis P.
Sent: Tuesday, June 14, 2016 11:04 AM
To: 'Max.Grant@lw.com'; mcollins@ip-lit.com; Gabriel.Bell@lw.com; Thomas.Humphrey@lw.com; TERRENCE.CONNOLLY@lw.com; AnnMarie.Wahls@lw.com
Cc: Schneider, Marc J.; jedmonds@ip-lit.com
Subject: RE: Dynamic 3D v. Schlumberger appeal

Thank you.  I am verifying Acacia's availability and will let you know as soon as I can.

Travis P. Brennan

3

Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600 | Newport Beach, CA 92660
(o) 949.725.4271 | (f) 949.823.5271 | (c) 310.920.3337 tbrennan@sycr.com | http://www.sycr.com
http://www.sycr.com/Travis-P-Brennan/ | http://www.sycr.com/attorneys/vcard.aspx?attorney=27

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.


-----Original Message-----
From: Max.Grant@lw.com [mailto:Max.Grant@lw.com]
Sent: Monday, June 13, 2016 8:19 PM
To: mcollins@ip-lit.com; Brennan, Travis P.; Gabriel.Bell@lw.com; Thomas.Humphrey@lw.com; TERRENCE.CONNOLLY@lw.com; AnnMarie.Wahls@lw.com
Cc: Schneider, Marc J.; jedmonds@ip-lit.com
Subject: RE: Dynamic 3D v. Schlumberger appeal

Ok. Totally understand the birthday. What dates do you propose?

_____
From: Michael Collins <mcollins@ip-lit.com>
Sent: Monday, June 13, 2016 6:50:15 PM
To: Brennan, Travis P.; Grant, Max (DC); Bell, Gabriel (DC); Humphrey, Thomas (DC); Connolly, Terrence (NY); Wahls, Ann Marie (CH)
Cc: Schneider, Marc J.; John Edmonds
Subject: RE: Dynamic 3D v. Schlumberger appeal

As for D3D, my reasons for supporting postponement are strictly personal. My dad's 92nd birthday is July 5 and we are having the family celebration on the afternoon of July 4. I will miss it if I have to travel to DC that day.

Michael J. Collins

(Please note that my e-mail address has recently changed)

COLLINS EDMONDS
COLLINS EDMONDS
SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125, Houston, TX 77057
431 N. Center St., Longview, TX 75606
281.501.3490 (direct)
832.721.9487 (mobile)
832.415.2535 (fax)
mcollins@ip.lit.com

CONFIDENTIALITY STATEMENT:

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended

4

recipient, please notify Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC immediately at (281) 501-3425, and destroy all copies of this message and any attachments. Thank you.

-----Original Message-----
From: Brennan, Travis P. [mailto:TBrennan@SYCR.com]
Sent: Monday, June 13, 2016 8:42 PM
To: 'Max.Grant@lw.com' <Max.Grant@lw.com>; Gabriel.Bell@lw.com; Thomas.Humphrey@lw.com; TERRENCE.CONNOLLY@lw.com; AnnMarie.Wahls@lw.com
Cc: Schneider, Marc J. <MSchneider@SYCR.com>; Michael Collins <mcollins@ip-lit.com>; John Edmonds <jedmonds@ip-lit.com>
Subject: RE: Dynamic 3D v. Schlumberger appeal

Among other things, Acacia's lead counsel, Marc Schneider, has a lengthy jury-trial scheduled to begin in California on July 18. At least a half dozen depositions still need to be taken in that case before trial, and Mr. Schneider expects to personally devote at least 275 hours to trial preparation and trial in the month of July, making preparation for oral argument in this appeal and travel to and from DC during the week of July 4 unfeasible.

Travis P. Brennan

Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600 | Newport Beach, CA 92660
(o) 949.725.4271 | (f) 949.823.5271 | (c) 310.920.3337 tbrennan@sycr.com | http://www.sycr.com
http://www.sycr.com/Travis-P-Brennan/ | http://www.sycr.com/attorneys/vcard.aspx?attorney=27

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.


-----Original Message-----
From: Max.Grant@lw.com [mailto:Max.Grant@lw.com]
Sent: Monday, June 13, 2016 6:21 PM
To: Brennan, Travis P.; Gabriel.Bell@lw.com; Thomas.Humphrey@lw.com; TERRENCE.CONNOLLY@lw.com; AnnMarie.Wahls@lw.com
Cc: Schneider, Marc J.; mcollins@ip-lit.com; jedmonds@cepiplaw.com
Subject: RE: Dynamic 3D v. Schlumberger appeal

We'll check with our client, but I'm not inclined to further postpone the date. It's already been a long time.

What is the basis, other than July weekend please?

 Max


From: Brennan, Travis P. <TBrennan@SYCR.com>
Sent: Monday, June 13, 2016 6:01:58 PM
To: Bell, Gabriel (DC); Humphrey, Thomas (DC); Connolly, Terrence (NY); Grant, Max (DC); Wahls, Ann Marie (CH)
Cc: Schneider, Marc J.; Michael Collins (mcollins@ip-lit.com); John Edmonds (jedmonds@cepiplaw.com)
Subject: Dynamic 3D v. Schlumberger appeal

5

Dear counsel,

Acacia intends to move for postponement of oral argument in this appeal, given scheduling complications presented by the July 5 date set by the Court. We understand that Dynamic 3D will join Acacia in such a motion. At your earliest opportunity, please let me know whether Schlumberger would oppose. Acacia and Dynamic 3D intend to file the motion this Wednesday and propose some alternate 2016 dates to the Court.

Thank you,



Travis P. Brennan
[cid:image001.png@01D1C59D.AD40AF90]<http://www.sycr.com/>

Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600 | Newport Beach, CA 92660
(o) 949.725.4271 | (f) 949.823.5271 | (c) 310.920.3337 tbrennan@sycr.com<mailto:tbrennan@sycr.com> | sycr.com<http://www.sycr.com> Website Profile<http://www.sycr.com/Travis-P-Brennan/> | vCard<http://www.sycr.com/attorneys/vcard.aspx?attorney=27>

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.
------------------------------------------------------------------------
This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP
------------------------------------------------------------------------


------------------------------------------------------------------------
This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP
------------------------------------------------------------------------


------------------------------------------------------------------------
This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP
------------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, I electronically filed the foregoing **REPLY DECLARATION OF MARC J. SCHNEIDER IN SUPPORT OF JOINT MOTION TO POSTPONE ORAL ARGUMENT** with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ *Marc J. Schneider*
Marc J. Schneider